UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, <br>     Plaintiff, <br> v. <br> PATEL L G & S L TRUST, <br>     Defendant. | Case No. 17-cv-06168-KAW <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff Theresa Brooke filed the instant suit against Defendant Patel L G & S L Trust. (Dkt. No. 1.) Pursuant to General Order 56, the joint site inspection deadline was February 8, 2018, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection. (*See* Dkt. No. 4.) Thus, Plaintiff's "Notice of Need for Mediation" was due by March 22, 2018.

As of the date of this order, Plaintiff has yet to file her "Notice of Need for Mediation." Plaintiff is therefore ordered to show cause, by **April 6, 2018**, why the case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

IT IS SO ORDERED.

Dated: March 28, 2018

                                                    KANDIS A. WESTMORE <br>
                                                  United States Magistrate Judge